No. 04-02-00148-CV



PAK-MOR MANUFACTURING CO., INC.,


Appellant



v.



WESTCHESTER FIRE INSURANCE CO. and Acceptance Insurance Co.,


Appellees



From the 225th Judicial District Court, Bexar County, Texas


Trial Court No. 2001-CI-11027


Honorable David Peeples, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: December 4, 2002


DISMISSED 

 The parties have filed a joint motion to dismiss this appeal, stating that they have fully compromised
and settled all issues in dispute. The motion is granted, and this appeal is dismissed. See Tex. R. App. P.
42.1(a)(1); Caballero v. Heart of Tex. Pizza, LLC, 70 S.W.3d 180, 181 (Tex. App.--San Antonio 2001,
no pet.). Costs of appeal are taxed against the parties who incurred them. 

 PER CURIAM

Do not publish